**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BILLIE J. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-04-598-CH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, the decision of the Commissioner of Social Security Administration is REVERSED. This matter is remanded to Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, for further proceedings and consideration consistent with the Court's opinion.

ENTERED this  19th  day of May, 2005.

_____
VALERIE K. COUCH
UNITED STATES MAGISTRATE JUDGE